IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LISA K. TODD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-10-755-L |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On March 31, 2011, Magistrate Judge Bana Roberts entered a Report and Recommendation in this action brought by plaintiff for judicial review pursuant to 42 U.S.C. § 405(g) of the final decision of the defendant Commissioner denying plaintiff's applications for supplemental security income payments under the Social Security Act. The Magistrate Judge recommended that the defendant Commissioner's decision be reversed and the matter remanded for further proceedings.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed. Upon *de novo* review, the court finds that the the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, **the decision of the Commissioner is reversed and the case is remanded to the Commissioner for further proceedings in accordance with the March 31, 2011 Report and Recommendation of Magistrate Judge Roberts.**

It is so ordered this 25th day of April, 2011.

_/s/ Tim Leonard_
TIM LEONARD
United States District Judge